**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:24-CR-219-HEA-JSD-1** |
| | ) | |
| **ANTHONY STEWART,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

This matter is before the Court on the United States of America's Motion to Continue Evidentiary Hearing, in which the government requests that the Court continue the May 11, 2026, evidentiary hearing to June 1, 2026. (ECF No. 115.) The government represents that Defense Counsel does not object to the request. (*Id.*)

Accordingly,

**IT IS HEREBY ORDERED** that the United States of America's Motion to Continue Evidentiary Hearing (ECF No. 115) is **GRANTED**.

**IT IS FINALLY ORDERED** that the May 11 evidentiary hearing is **CONTINUED** to **<u>June 1, 2026, at 1:00 PM.</u>**

For the reasons set forward in the motion, the undersigned finds that to deny the government's request for such additional time would deny the government the reasonable time necessary for effective preparation to argue the pretrial motion at an evidentiary hearing. Therefore, taking into account the exercise of due diligence, and finding that the ends of justice served by granting the government's requests for additional time outweigh the best interest of the public and Defendant in a speedy trial, the additional time is granted to the government to

effectively prepare for a hearing on the pending pretrial motion and this extension is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of April 2026.